UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESQUIVIL,<br><br>            Plaintiff,<br><br>v.<br><br>JEFFREY HERNANDEZ, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01025-JLT-EPG<br><br>ORDER ON STIPULATION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 29) |

     This case is before the Court on the parties' joint request to modify the Court's scheduling order. (ECF No. 29). Generally, the parties seek to extend all existing deadlines and dates by about eight months. As grounds, the parties note that they have been unsuccessful thus far in obtaining the Court's approval for a protective order and that Plaintiff's counsel has been engaged in a murder trial since May 31, 2022, both of which have delayed discovery.

     The Court concludes that these circumstances warrant some extension; however, these reasons do not justify the length of extension requested, especially considering that this case has been pending since June 28, 2021. (ECF No. 1).

     Accordingly, IT IS ORDERED as follows:

1. The parties' stipulation to modify the scheduling order is approved to the extent that the Court will modify the scheduling order (ECF No. 17) as specified below. (ECF No. 29).
2. The parties are advised that no further extensions will be granted absent extraordinary circumstances.

3. As part of the modification of the scheduling order, the October 4, 2022 status conference is vacated. (ECF No. 22).
4. For the telephonic status conference continued to January 25, 2023, at 10 a.m., each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov.
5. For the pretrial conference set before Judge Jennifer Thurston on December 1, 2023, at 1:30 p.m., the parties are directed to file a Joint Pretrial Statement that complies with the requirements of Local Rule 281(a)(2). The parties are further directed to submit a digital copy of their pretrial statement in Word format via email to JLTorders@caed.uscourts.gov.

| Deadline/Date | Current Deadline/Date | Continued Deadline/Date |
|---|---|---|
| Non-Expert Discovery | October 28, 2022 | February 28, 2023 |
| Expert Disclosures | November 30, 2022 | March 30, 2023 |
| Rebuttal Expert Disclosures | January 6, 2023 | May 5, 2023 |
| Expert Discovery Cut-Off | February 6, 2023 | June 5, 2023 |
| Dispositive Motion Filing | March 23, 2023 | July 24, 2023 |
| Telephonic Status Conference | October 4, 2022 | January 25, 2023, at 10 a.m. before Judge Grosjean |
| Pretrial Conference | July 26, 2023 | December 1, 2023, at 1:30 p.m. before Judge Thurston - Courtroom 4 |

IT IS SO ORDERED.

Dated: __**October 3, 2022**__         /s/ *Erica P. Grosjean*
                                     UNITED STATES MAGISTRATE JUDGE