UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESQUIVIL,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY HERNANDEZ, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01025-JLT-EPG<br><br>ORDER ON STIPULATION RE: INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF<br><br>(ECF No. 35) |

This matter is before the Court on the parties' stipulation (ECF No. 35) for the Court to order Plaintiff to submit to an independent medical exam. Based on the parties' stipulation (ECF No. 35), IT IS ORDERED as follows:

The Court sets April 26, 2023, at 11:30 a.m. as the date and time for Plaintiff's independent medical examination by Dr. David Atkin to occur at the Blackstone Chiropractic Clinic, 5665 N. Blackstone Ave - Suite 107, Fresno, CA 93710.

IT IS SO ORDERED.

Dated: __**March 1, 2023**__          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

1