1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10
11  | DAVID ESQUIVIL | Case No. 1:21-cv-01025-JLT-EPG
12  | Plaintiff, |
13  | v. | ORDER RE STIPULATION TO MODIFY COURT'S SCHEDULING ORDER
14  | JEFFREY HERNANDEZ, et al., |
15  | Defendants. |
16  | | (ECF No. 38)
17
18       This matter is before the Court on the parties' stipulation to modify the Court's scheduling
19  order to extend certain deadlines by approximately two months. (ECF No. 38). As grounds for the
20  extension, the parties state that Plaintiff's counsel has an upcoming state court trial set to last three
21  weeks and conflicts in defense counsel's schedule have delayed Defendants' depositions.
22       Based on the parties' stipulation (ECF No. 38), IT IS ORDERED that the Court's
23  scheduling order is modified as follows:
24  \\\
25  \\\
26  \\\
27  \\\
28  \\\

1

| EVENT | CURRENT DEADLINE | REVISED DEADLINE |
|---|---|---|
| Non-Expert Discovery | May 1, 2023 | July 3, 2023 |
| Designation of Expert Witnesses | May 30, 2023 | July 31, 2023 |
| Rebuttal Designation of Expert Witnesses | July 5, 2023 | September 5, 2023 |
| Expert Discovery Due | August 4, 2023 | October 4, 2023 |
| Dispositive Motion Deadline | July 24, 2023 | September 25, 2023 |
| Pretrial Conference[1] | December 4, 2023 | January 22, 2024, at 1:30 p.m. Courtroom 4 (JLT) |
| Trial | None set | |

IT IS SO ORDERED.

Dated:   **April 24, 2023**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] While the parties did not ask to continue the pretrial conference, it is necessary to do so based on the other extensions.