UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ESQUIVIL,<br><br>          Plaintiff,<br><br>     v.<br><br>FRESNO POLICE OFFICERS JEFFREY HERNANDEZ, HUNTER LARIOS, AND RUDY ALVARA,<br><br>Defendants. | Case No. 1:21-CV-01025-JLT-EPG<br>*[District Judge Jennifer L. Thurston Magistrate Judge, Erica P. Grosjean]*<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR LEAVE TO FILE CERTAIN CONFIDENTIAL EXHIBITS UNDER SEAL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date:   Oct. 30, 2023<br>Time:  9:00 a.m.<br>Crtrm: 4, 7th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS' OF RECORD:**

Defendants' Request for an Order Granting Leave to File Certain Exhibits Under Seal in Support of Defendants' Motion for Summary Judgment came before the Court. After reviewing the pleadings, and good cause appearing therefor, the following Exhibits are to be filed under seal:

1. Exhibit I – VA Progress Note
2. Exhibit H – CRMC Record

/ / /

---

[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE EXHIBITS UNDER SEAL

1  IT IS FURTHER ORDERED that all documents covered by this order shall be emailed to ApprovedSealed@caed.uscourts.gov for filing under seal.

IT IS SO ORDERED.

Dated:   **September 26, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER GRANTING APPLICATION TO FILE EXHIBITS UNDER SEAL**