Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Plaintiff David Esquivil

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DAVID ESQUIVIL | Case No.: 1:21-cv-01025-KJM-EPG |
| Plaintiff, | *Assigned to: The Hon. Kimberly J. Mueller* |
| v. | **STIPULATION AND ORDER TO CONTINUE JUNE 5, 2025 MOTION HEARING** |
| FRESNO POLICE OFFICERS JEFFREY HERNANDEZ, HUNTER LARIOS, AND RUDY ALVARA | |
| | Date: June 5, 2025
Time: 10:00 AM
Place: Courtroom 3 |
| Defendants. | |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the motion hearing currently scheduled for June 5, 2025 at 10:00 a.m. may be rescheduled for one of the following dates and times:

1. Anytime on June 26, 2025; or

2. Morning of July 10, 2025.

The reason for the proposed rescheduling of the motion hearing is because plaintiff's counsel has an irreconcilable conflict on the morning of June 5, 2025, due to currently being in trial in Los Angeles Superior Court, Soto et al v. Badalayan et al, No. 21STCV35858. This trial was set to commence on May 13, 2025 but unfortunately will still be ongoing on June 5, 2025, the date of our oral argument in the above-referenced matter.

Defendants' counsel has a preexisting scheduling conflict on July 10, 2025, in the afternoon.

Dated: June 2, 2025                    LAW OFFICE OF KEVIN G. LITTLE

*/s/ Kevin G. Little*
Kevin G. Little
Attorneys for Plaintiff David Esquivil

Dated: June 2, 2025 (*authorized June 2, 2025*)    MANNING | KASS

*/s/ Lynn L. Carpenter*
Mildred K. O'Linn, Esq.
Lynn L. Carpenter, Esq.
Attorneys for Defendants, Fresno Police Officers Jeffrey Hernandez, Hunter Larios, and Rudy Alvara

## ORDER

Good cause appearing, the Court hereby orders that the motion hearing currently scheduled for June 5, 2025, at 10:00 a.m. is rescheduled to the following date and time: June 26, 2025, at 10:00 a.m. The hearing will proceed in person at the Sacramento Courthouse at 501 I Street in Courtroom 3.

**IT IS SO ORDERED**

Dated:  June 2, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE