Mildred K. O'Linn, Esq. (State Bar No. 159055)
  mildred.Olinn@manningkass.com
Maya R. Sorensen, Esq. (State Bar No. 250722)
  maya.sorensen@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, JEFFREY HERNANDEZ, HUNTER LARIOS, AND RUDY ALVARO

Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Plaintiff David Esquivil

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DAVID ESQUIVIL,<br><br>             Plaintiff,<br><br>     v.<br><br>FRESNO POLICE OFFICERS JEFFREY HERNANDEZ, HUNTER LARIOS, AND RUDY ALVARA,<br><br>             Defendants. | Case No. 1:21-CV-01025-JLT-EPG<br>*[District Judge Jennifer L. Thurston*<br>*Magistrate Judge, Erica P. Grosjean]*<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Trial Date: TBD |

**TO THE HONORABLE COURT:**

In accordance with L.R. 160(a), Plaintiff, DAVID ESQUIVIL, JR., and Defendants, FRESNO POLICE OFFICERS JEFFREY HERNANDEZ, HUNTER

1  LARIOS, AND RUDY ALVARA, have agreed to a settlement in principle.

2      The parties jointly recommend and request that the honorable Court vacate
3  the current pre-trial deadlines and the trial date.

4      It is respectfully requested that the Court maintain jurisdiction over this matter
5  and set an Order to Show Cause Re: Dismissal of Entire Action, in ninety (90) days
6  from now, allowing time for the settlement to be finalized.

7  Respectfully Submitted,

9  DATED:  February 3, 2026    **MANNING & KASS**
                                            **ELLROD, RAMIREZ, TRESTER LLP**

12  By:  */s/ Maya R. Sorensen*
13        Mildred K. O'Linn
      Maya R. Sorensen
14        Attorneys for Defendants, JEFFREY
15        HERNANDEZ, HUNTER LARIOS, AND
      RUDY ALVARO

18  DATED:   February 3, 2026    **LAW OFFICE OF KEVIN G. LITTLE**

20  By:  */s/ Kevin G. Little*
21        Kevin G. Little, Esq.
      Michelle Tostenrude, Esq.
      Attorneys for Plaintiff, DAVID ESQUIVIL